# United States District Court Violation Notice 0851

**Violation Notice** 0851 (Rev. 1/2019)

Location Code: UP16
Violation Number: 9504075
Officer Name (Print): STONE
Officer No.: 1063
Notice No.: NP252608703

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 08/31/2025 1050
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
36 CFR 2.10 (D)

Place of Offense: DEVIL'S KITCHEN 4 CAMPSITE, CANYONLANDS N.P., SAN JUAN CO.

Offense Description; Factual Basis for Charge: IMPROPER FOOD AND GARBAGE STORAGE

435 218 9427

## DEFENDANT INFORMATION

Last Name: NIELSEN
First Name: BREK
Street Address: 3637 POMEGRANATE WAY

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ____ Forfeiture Amount
+ $30 Processing Fee
$ ____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: CONTACT U.S. DISTRICT COURT AT 801-524-6155

X Defendant Signature: LEFT AT CAMPSITE

Original - CVB Copy

*9504075*

---

(For issuance of an arrest warrant or summons)

I state that on AUG. 31, 2025 while exercising my duties as a law enforcement officer in the _____ District of UTAH

SEE ATTACHED STATEMENT.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/31/2025   W. Stone 1063
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident